# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**702**

**KA 10-02442**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, CARNI, AND LINDLEY, JJ.

_____

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

                        V                                    ORDER

DONTAE E. COBLE, ALSO KNOWN AS "D-MONEY,"
DEFENDANT-APPELLANT.

_____

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (KRISTIN M. PREVE OF
COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (DAVID A. HERATY OF
COUNSEL), FOR RESPONDENT.

-------------------------------------------------------------------------------

     Appeal from a judgment of the Erie County Court (Michael F.
Pietruszka, J.), rendered November 23, 2010.  The judgment convicted
defendant, upon his plea of guilty, of murder in the second degree.

     It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Entered:  June 8, 2012                          Frances E. Cafarell
                                                Clerk of the Court